54 F.3d 779
NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
 FRAIN CAMINS & SWARTCHILD, INC., Plaintiff-Appellee,
v.
BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION, et
al., Defendants-Appellees,
v.
CAPITOL LEASE INVESTMENT CORP., Gary Morgan, and Edmond J.
Lopinski, Jr., Third Party Defendants-Appellants.
 Nos. 94-1063, 94-1163, 94-2868 and 94-3896.
 United States Court of Appeals, Seventh Circuit.
 Argued May 11, 1995.
Decided May 11, 1995.
Rehearing Denied June 1, 1995.
 
 Before BAUER, WOOD, JR., and EASTERBROOK, Circuit Judges.
 
 Order
 
 1
 The judgment is affirmed for the reasons given by the district court.